ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JEREMY D. MATZ
Assistant United States Attorney
Major Frauds Section
California Bar No. 199401
    1113 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0649
    Facsimile: (213) 894-6269
    E-mail:    jeremy.matz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD A. MAIZE,<br><br>    Defendant. | No. CR 07-455-DDP<br><br>**EXHIBITS TO GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT RICHARD A. MAIZE**<br><br>Sentencing: September 12, 2011<br>            2:30 p.m. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jeremy D. Matz, hereby files the Exhibits To Government's Sentencing Position For Defendant Richard A. Maize.

For exhibits that were not previously numbered in connection with the grand jury investigation of defendant and the trial of defendant's co-conspirators, the government has used a letter system (Exhibits A through N). For exhibits that were previously numbered, the government has maintained the same exhibit numbers.

For this reason, the exhibits filed herein are not numbered consecutively.

Dated: August 29, 2011

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

*/s/ Jeremy D. Matz*

JEREMY D. MATZ
Assistant United States Attorney
Major Frauds Section

Attorneys for Plaintiff
United States of America

## TABLE OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Report of interview of defendant Richard A. Maize, 10/13/06 |
| B | Deposition testimony of Maize, 01/10/11 |
| C | Report of interview of Carl Peterson, 08/27/04 |
| D | Settlement statements for 815 Stradella Road, 05/16/01 (purchase price $1,550,000) and 05/15/01 (purchase price $4,950,000) |
| E | Report of interview of Maize, 02/15/08 |
| F | Report of interview of Brad Simon, 06/10/04 |
| G | Report of interview of Agnes Huff, 04/09/10 |
| H | Engagement letter for Agnes Huff Communications Group, LLC, 06/06/07, signed by Maize |
| I | Emails between Maize and Huff, 06/07 to 11/07 |
| J | Report of interview of Huff, 06/15/10 |
| K | Articles of Incorporation for Rochelle and Richard Maize Foundation, filed 10/29/07 |
| L | Emails between Maize and Huff, 04/08 to 09/08 |
| M | Report of interview of Huff, 10/26/10 |
| N | Maize letter of resignation from, and release of claims against, RBC, 07/18/03 |
| 263 | Purchase Review for 805 North Alta Drive, 09/15/00, showing wire-transfer of $2,853,450.75 from Lehman Brothers Bank to Americorp Funding |
| 275 | Americorp Funding wire-transfer for 805 North Alta Drive, 09/20/00, for $2,806,593 |
| 653 | Lehman Brothers Bank underwriting approval notice, requiring review appraisal on 2055 Stradella Road, 02/12/02 |
| 655 | False review appraisal sent to Lehman Brothers Bank on 2055 Stradella Road, 02/11/02 |
| 701 | Check to Maize on 2055 Stradella Road for $8,387.50, 02/25/02 |
| 3430 | Check to Maize from Desert Pacific Financial, 05/17/01, for $14,500, deposited into Maize's bank account at Union Bank of California |

| Exhibit | Description |
|---------|-------------|
| 3458 | Email from Maize to Peterson, 05/07/01 |
| 3464 | Email from Maize to Mark Abrams, 04/16/02 |
| 3466 | Email from Maize to Abrams, 05/28/02 |
| 3500 | Summary of 2001 payments to Maize and for Maize's benefit |
| 3501 | Summary of 2002 payments to Maize and for Maize's benefit |
| 3617 | Complaint of Unethical or Unlawful Conduct by Lila Rizk on 2055 Stradella Road, 02/09/02 |
| 3843 | Email from Maize to Abrams, 10/02/02 |
| 6401 | Email from Maize to Tom Schiff, 04/16/01 |
| 6402 | Email from Maize to Schiff, 04/23/01 |
| 6407 | Email from Maize to Schiff, 06/18/01 |
| 6421 | Email from Maize to Abrams, 08/06/02 |

# CERTIFICATE OF SERVICE

I, **YENI GOMEZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **EXHIBITS TO GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT RICHARD A. MAIZE**

**service was:**

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By email as follows:

[ ] By federal express as follows:

**Lori Pascover**
**United States Probation Office**
**312 North Spring Street**
**7th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on August 29, 2011 at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

_____
YENI GOMEZ